# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50604

United States Court of Appeals
Fifth Circuit

**FILED**
August 13, 2018

Lyle W. Cayce
Clerk

MAGDALENA EUBANK,

      Plaintiff - Appellant

v.

LOCKHART INDEPENDENT SCHOOL DISTRICT,

      Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-1019

Before REAVLEY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:*

This is an appeal of the district court's grant of motions to compel, for sanctions, and for summary judgment in favor of Lockhart Independent School District in a disability discrimination and retaliation action. After consideration of the briefs, record and applicable law in this matter, we affirm for essentially the reasons set out by the district court.

**AFFIRMED**.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.